**Order filed May 16, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00893-CV
_____

**WILCREST PARK TOWNHOME OWNERS ASSOCIATION, Appellant**

**V.**

**MANUEL MONTOYA D/B/A MRS BUILDERS, Appellee**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2016-10568**

## O R D E R

Appellant's brief was due May 2, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 14, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM